687

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* J. T. DARLING, Defendant-Appellant.

(No. 11528;

Fourth District—August 23, 1972.

*Supplemental opinion filed October 30, 1972.*

Opinion by Mr. JUSTICE SMITH.

John F. McNichols, of Defender Project, of Springfield, for appellant.

William H. Knuppel, State's Attorney, of Havana, for the People.